STATE OF NEW JERSEY v. HATHAWAY ANDERSON.

June 26, 1979. Petition for certification denied.

JAMES GUZZO v. ELIAS J. HATEM.

June 26, 1979. Petition for certification denied.

HELENE FERRARO v. JAMES D. DEMETRAKIS.

June 26, 1979. Petition for certification denied. (See 167 *N.J.Super.* 429)

GEORGE R. SCHWARTZ v. WEST JERSEY HOSPITAL.

June 26, 1979. Petition for certification denied.

STEPHEN H. KAPLOW v. ROGER H. PATTERSON.

June 26, 1979. Petitions for certification denied.

JOHN K. HOKE v. PIONEER STATE BANK.

June 26, 1979. Petition for certification denied. (See 167 *N.J.Super.* 410)